AO 91 (Rev. 11/11)  Criminal Complaint



## UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Kia Zolfaghari | ) Case No. |
| | ) |
| | ) 3 16 70699 |
| | ) MAG |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___Nov. 14, 2015 through present___ in the county of ___San Francisco___ in the ___Northern___ District of ___California___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and 841(b)(1)(C) | Distribution, Manufacture, and Possession with Intent to Distribute Fentanyl, a Schedule II Controlled Substance |
| 21 U.S.C. 846 | Conspiracy to Distribute, Manufacture, and Possess with Intent to Distribute Fentanyl, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:

Please see attached affidavit of DEA Special Agent Austin Curnow.

☑ Continued on the attached sheet.

Approved as to form:

_____

AUSA Rita Lin

_____
*Complainant's signature*

DEA Special Agent Austin Curnow
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  June 7, 2016

_____
*Judge's signature*

City and state:  ___San Francisco, CA___

Hon. Laurel Beeler, U.S. Magistrate Judge
*Printed name and title*

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

—— OFFENSE CHARGED ——

21 U.S.C. 841(a)(1) & 841(b)(1)(C) (Distribution of, manufacture of, and possession with intent to distribute fentanyl)

21 U.S.C. 846 (Conspiracy to distribute, manufacture, and possess with intent to distribute fentanyl)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: For each count: Maximum 20 Years Imprisonment; Maximum Fine of $1,000,000 or twice the gain or loss; Minimum Supervised Release of 3 Years; Maximum Supervised Release of Life; Mandatory $100 Special Assessment; Deportation; Mandatory and Discretionary Denial of Federal Benefits

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—— DEFENDANT - U.S ——

▶ Kia Zolfaghari

DISTRICT COURT NUMBER

—— PROCEEDING ——

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    Brian J. Stretch

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Rita Lin

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction         ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No     give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:        Before Judge:

Comments: